DORA DIDINSKY, Respondent, v. JOHN OSBORN POLAK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion to certify questions to

the Court of Appeals denied. (*Middleton* v. *Boardman*, 240 N. Y. 552.) Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.